UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HENRY T. CLARK,

    Plaintiff,

v.                          CASE NO. 2:20-cv-1005-FtM-66NPM

EARL W. COLVARD, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The undersigned counsel for Plaintiff, HENRY T. CLARK, hereby gives notice to the Court of the pending settlement of the above-captioned action. A joint motion for approval of the proposed settlement will be filed by the parties.

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the ECF system.

                                                LIGHT PATH LAW, PA
                                                *Counsel for Plaintiff*
                                                3620 Colonial Blvd #130
                                                Fort Myers, FL 33966
                                                Ph: (239) 689-8481
                                                Fax: (239) 294-3930
                                                kscott@lightpathlaw.com (Primary)
                                                cirick@lightpathlaw.com (Secondary)

                                                By: /s/ Kristie A. Scott
                                                      Kristie A. Scott
                                                      Florida Bar No.: 108111