UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HENRY T CLARK,

    Plaintiff,

v.                                 Case No:  2:20-cv-1005-JLB-NPM

EARL W. COLVARD, INC.,

    Defendant.
_____

## ORDER

The parties have filed a joint stipulation for dismissal with prejudice.  (Doc. 22.)[1]  The stipulation is self-executing.  See Fed. R. Civ. P. 41(a)(1)(A)(ii); Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the file.

**ORDERED** at Fort Myers, Florida, on May 24, 2021.

*[signature: John L. Badalamenti]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

---

[1] Although the filing is styled as a "Joint Motion for Dismissal," the Court will construe the filing as a stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) because all parties of record have signed the filing.